# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE WICKER MISSPELLED AS CATHRERINE WICKER, an individual,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>TOYOTA MOTOR SALES U.S.A., INC., a California Corporation; MOSS BROS. TOY, INC. d/b/a MOSS BROS TOYOTA a California Corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No.: ED CV 21-1027-DMG (KKx)<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [16]** |

The parties' stipulation for dismissal, though filed late by over three months, is APPROVED. The above-captioned action is hereby dismissed with prejudice, in its entirety.

IT IS SO ORDERED.

DATED: January 6, 2022

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　UNITED STATES DISTRCT JUDGE